## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

TO:    James J. Waldron, Clerk          **CASE NO: 11-14714/MBK**
                                                                 **IN RE: Frank Rubba**

### CHAPTER 7
### INFORMATION FOR NOTICE OF ABANDONMENT

      Bunce D. Atkinson, Trustee has filed a notice of intention to abandon certain property described below as being of inconsequential value to the estate. If any creditor or other party in interest has an objection to the proposed abandonment, the objection and a request for a hearing on such application shall be in writing, served upon the trustee and filed with the Clerk of the United States Bankruptcy Court.

      Such objection and request shall be filed with the Clerk and served upon the trustee no later than June 20, 2011. In the event an objection is timely filed a hearing thereon will be held on **June 27, 2011 at 10:00**AM at 402 East State Street, Trenton, NJ, Courtroom No. 3. If no objection is filed with the Clerk and served upon the trustee on or before (date to be fixed by the Court), the abandonment will take place on June 20, 2011. The description of the property and the liens and exemptions claimed are as follows:

| **DESCRIPTION OF PROPERTY TO BE ABANDONED** | **LIENS ON THE PROPERTY OF THE DEBTOR (INCLUDING AMOUNT CLAIMED DUE)** | **AMOUNT OF EQUITY CLAIMED AS EXEMPT BY THE DEBTOR** |
|---|---|---|
| Contents in Manhattan Mini Storage 520 8th Avenue New York, NY 10018 $2,500.00 | | $2,500.00 |
| Trustee feels that the contents are of inconsequential value. | | |
| | | |
| | | |
| | | |

**REQUEST FOR ADDITIONAL INFORMATION ABOUT THE PROPERTY TO BE ABANDONED SHOULD BE DIRECTED TO:**

**NAME:    Bunce D. Atkinson**
**ADDRESS:   P.O. Box 8415 Red Bank, NJ 07701**
**TELEPHONE NO: (732) 530-5300**

                        Submitted By:_____/s/_____    Date:

Position: Trustee
              BUNCE D. ATKINSON